KENT, Respondent, v. KIERNAN, Appellant. (Supreme Court, Appellate Division,

First Department. January 3, 1913.) Action by William J. Kent against Benjamin F. Kiernan. J. H. McCrahon, of New York City, for appellant. M. T. Manton, of New York City, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.